UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CITIZENS INSURANCE COMPANY OF AMERICA and HANOVER INSURANCE COMPANY

    Plaintiffs,

v.

PANZICA BUILDING CORPORATION, JENNIFER PENNINGTON, and JOSH PENNINGTON,

    Defendants.

Case No: 19-cv-00387-PPS-MGG
Hon. Philip P. Simon
Magistrate Judge: Michael G. Gotsch, Sr

## CITIZENS INSURANCE COMPANY OF AMERICA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Citizens Insurance Company of America ("Citizens"), certifies as follows:

Citizens is a wholly-owned subsidiary of The Hanover Insurance Company, which is a wholly-owned subsidiary of Opus Investment Management, Inc., which is a wholly-owned subsidiary of The Hanover Insurance Group, Inc. No publicly held corporation or entity owns 10% or more of The Hanover Insurance Group, Inc.'s stock.

    Respectfully submitted,

    COLLINS EINHORN FARRELL PC

BY:    *s/Patrick D. Crandell*
    Patrick D. Crandell
    4000 Town Center, 9th Floor
    Southfield, MI 48075
    (248) 355-4141

Dated: May 24, 2019    patrick.crandell@ceflawyers.com