UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA and HANOVER INSURANCE COMPANY<br><br>      Plaintiffs,<br><br>v.<br><br>PANZICA BUILDING CORPORATION, JENNIFER PENNINGTON, and JOSH PENNINGTON,<br><br>      Defendants. | Case No: 19-cv-00387-PPS-MGG<br>Hon. Philip P. Simon<br>Magistrate Judge: Michael G. Gotsch, Sr |

_____/

## HANOVER INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Hanover Insurance Company certifies as follows:

The Hanover Insurance Company is a wholly-owned subsidiary of Opus Investment Management, Inc., which is a wholly-owned subsidiary of The Hanover Insurance Group, Inc. No publicly held corporation or entity owns 10% or more of The Hanover Insurance Group, Inc.'s stock.

                                                Respectfully submitted,

                                                COLLINS EINHORN FARRELL PC

                         BY:    *s/Patrick D. Crandell*
                                                Patrick D. Crandell
                                                4000 Town Center, 9th Floor
                                                Southfield, MI 48075
                                                (248) 355-4141
Dated: May 24, 2019                       patrick.crandell@ceflawyers.com